UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FERNANDO ANTONIO VALDEZ,

          Plaintiff,

v.

THE MORGAN GROUP, LLC a/k/a MORGAN
GROUP and a/k/a MORGAN GROUP LLC,
190 W 170 REALTY LLC D, 190 W
170 REALTY LLC and SCOTT MORGAN,

          Defendants.

-----------------------------------------------------------------X

Docket No. 21-cv-01393

**JUDGMENT**

**WHEREAS**, on April 22, 2021, Defendants THE MORGAN GROUP, LLC a/k/a MORGAN GROUP and a/k/a MORGAN GROUP LLC, 190 W 170 REALTY LLC D, 190 W 170 REALTY LLC and SCOTT MORGAN (collectively, "Defendants") offered Plaintiff FERNANDO ANTONIO VALDEZ ("Plaintiff") to take a judgment against them in this action pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") in the amount of Sixty-One Thousand Five Hundred Dollars ($61,500.00), inclusive of pre-judgment interest and the attorneys' fees, costs and expenses incurred by Plaintiff in this action;

**WHEREAS**, on April 29, 2021, Plaintiff filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Rule 68 of the Fed. R. Civ. P. in favor of Plaintiff, as against Defendants, jointly and severally, for Sixty-One Thousand Five Hundred Dollars ($61,500.00), inclusive of pre-judgment interest and the attorneys' fees, costs and expenses incurred by Plaintiff in this action.

SO ORDERED, on the 29th day of ____April____, 2021, New York, New York:

_____
The Honorable Katherine Polk Failla